# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 5, 2009

Charles R. Fulbruge III
Clerk

No. 08-10746
Summary Calendar

IN THE MATTER OF LOYD REX CONNER,

Debtor,

_____

LOYD REX CONNER

Appellant,

v.

FIRST NATIONAL BANK, HASKELL,

Appellee.

Appeal from the United States District Court for the
Northern District of Texas
3:07-CV-294

Before DAVIS, BARKSDALE, and GARZA,  Circuit Judges.

PER CURIAM:[*]

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

After reviewing the record and considering the briefs of the parties, we conclude that the district court correctly affirmed the bankruptcy court order modifying the debtor's plan. Based on the district court's July 11, 2008 thorough Amended Memorandum Opinion and Order, we affirm its judgment.

AFFIRMED.